UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| FRANCES HINES, et al., | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No. 1:01CV70 CDP |
| | ) | |
| CHARLESTON HOUSING AUTHORITY, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## **MEMORANDUM AND ORDER**

As discussed during today's status conference,

**IT IS HEREBY ORDERED** that the Order entered October 30, 2006, is modified only as follows:

Charleston Housing Authority shall convene a special meeting of its Board of Commissioners to accept or reject the offer to purchase the Charleston Apartments by **February 15, 2007**, and shall notify the United States Department of Agriculture, the Court and all counsel in this case of the Board's decision by **February 16, 2007.**

**IT IS FURTHER ORDERED** that the court will conduct a telephone status conference with counsel on **April 10, 2007 at 10:30 a.m.**

Plaintiffs' counsel will be responsible for placing the call and having all necessary parties on the phone.

                                                _____
                                                CATHERINE D. PERRY
                                                UNITED STATES DISTRICT JUDGE

Dated this 8th day of February, 2007.