UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| FRANCES HINES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:01CV70 CDP |
| ) | |
| CHARLESTON HOUSING ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

In accordance with the status conference held September 25, 2007.

**IT IS HEREBY ORDERED** that the Charleston Housing Authority defendants shall file a proposal in compliance with Paragraph Three of the Joint Proposed Modification of June 24, 2004 Amended Judgment [#230] by no later than **October 15, 2007.**

**IT IS FURTHER ORDERED** that plaintiffs and the Charleston Housing Authority defendants shall file a joint statement of agreement or areas of disagreement regarding the above-referenced proposal no later than **November 9, 2007. If there are no areas of disagreement, the parties shall also include a proposed Amended Judgment for the**

**Court's consideration.**

**IT IS FURTHER ORDERED** that the court will conduct a telephone status conference with counsel on **November 16, 2007 at 11:00 a.m.** Plaintiffs' counsel will be responsible for placing the call and having all necessary parties on the phone.

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 26th day of September, 2007.