UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| FRANCES HINES, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | Case No. 1:01CV70 CDP |
| ) | |
| CHARLESTON HOUSING ) | |
| AUTHORITY, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

For good cause shown,

**IT IS HEREBY ORDERED** that the motion for extension of time [#237] is granted, and the Charleston Housing Authority defendants shall file a proposal in compliance with Paragraph Three of the Joint Proposed Modification of June 24, 2004 Amended Judgment [#230] by no later than **October 19, 2007.**

_____
CATHERINE D. PERRY
UNITED STATES DISTRICT JUDGE

Dated this 16th day of October, 2007.